United States District Court
Southern District of New York
-------------------------------------------------------------X

UNIT 3B 11 BEACH LLC

                Plaintiff,

- against –

HFZ 11 BEACH STREET LLC
ZIEL FELDMAN, HELENE FELDMAN
ADAM FELDMAN,
ADAM FELDMAN AS TRUSTEE OF THE
FELDMAN FAMILY 2007 TRUST
H F Z CAPITAL GROUP LLC

                Defendants.
-------------------------------------------------------------X

**DOCKET NO.: 21-CV-3440**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i) WITHOUT PREJUDICE**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff UNIT 3B 11 BEACH LLC, by and through its undersigned counsel, hereby gives notice that this action is voluntarily dismissed, <u>without</u> prejudice, against Defendants.

Dated: April 28, 2021
       Great Neck, New York

Respectfully submitted,

_____
GARY ROSEN, ESQ. (GR-8007)
ROSEN LAW LLC
Attorneys for Plaintiff
UNIT 3B 11 BEACH LLC
216 Lakeville Road
Great Neck, New York 11020
(516) 437-3400
grosen@rosenlawllc.com

1